**Opinion issued November 15, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00456-CV

———————————

**GEORGE E. CARROLL, Appellant**

**V.**

**DISCOVER BANK, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-39594**

---

## MEMORANDUM OPINION

Appellant, George E. Carroll, has appealed from a final judgment signed on January 19, 2016. We dismiss the appeal.

This Court determined that it was appropriate to refer this appeal for resolution by mediation and referred the appeal to mediation. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 154.021, 154.023 (West 2011). On August 24, 2016, appellant notified the Court that a settlement had occurred without the necessity of mediation and the matter would be concluded soon. On October 4, 2016, the Clerk of this Court notified the parties that the appeal might be dismissed unless they demonstrated the existence of a live controversy between them as to the merits of the appeal. *See Tuttle Enters., Inc. v. Truitt*, No. 01-13-00664-CV, 2014 WL 1612491, at *1 (Tex. App.—Houston [1st Dist.] Apr. 22, 2014, no pet.) (mem. op.) (dismissing appeal as moot after mediator informed Court of settlement and parties failed to demonstrate that live controversy existed between them); *see also Valley Baptist Med. Ctr. v. Gonzalez*, 33 S.W.3d 821, 822 (Tex. 2000) (requiring actual controversy exist between parties to appeal for appellate court to exercise jurisdiction). No party has responded to the October 4, 2016 notice or otherwise demonstrated the existence of a live controversy as to the merits of the appeal.

Accordingly, we dismiss the appeal and dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Lloyd.

2